**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**LAWRENCE RENARD TOBY,**

        **Plaintiff,**

**-vs-**                                                **Case No. 6:09-cv-1972-Orl-28DAB**

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **UNOPPOSED MOTION TO REMAND PURSUANT TO SENTENCE SIX OF 42 USCA 405(G) (Doc. No. 10)**
>
> **FILED:**     **February 1, 2010**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

As set forth in the unopposed motion, remand is necessary in order to reconstruct the administrative record. It is therefore **respectfully recommended** that the motion be **GRANTED** and the case be **REVERSED and REMANDED** pursuant to sentence six of 42 U.S.C. § 405(g), for further administrative action. It is further recommended that the Clerk be directed to administratively close this case and terminate all pending matters.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 3, 2010.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy