**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LAWRENCE RENARD TOBY,**

      **Plaintiff,**

**-vs-**                                    **Case No. 6:09-cv-1972-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____

# ORDER

This case is before the Court on the Unopposed Motion to Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) (Doc. No. 10) filed February 1, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed February 3, 2010 (Doc. No. 11) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. The Unopposed Motion to Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) is **GRANTED**.

    3. This case is **REVERSED** and **REMANDED** pursuant to 42 U.S.C. § 405(g) for further administrative action.

4. The Clerk is directed to administratively close this case and terminate all pending matters.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 24th day of February, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party