**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**LAWRENCE RENARD TOBY,**

               **Plaintiff,**

**-vs-**                                         **Case No. 6:09-cv-1972-Orl-28DAB**

**COMMISSIONER OF SOCIAL
SECURITY,**

               **Defendant.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION TO DISMISS COMPLAINT (Doc. No. 20)**
>
> **FILED:**     May 31, 2012
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

This Court remanded the case to the Commissioner for further administrative action, pursuant to sentence six of 42 U.S.C. § 405(g). As explained in the papers, on remand Plaintiff dismissed his original request for administrative hearing on his first application for benefits, as he was approved on a subsequent application. He now seeks, in unopposed motion, to dismiss the instant action as there is no longer a final adverse decision for this Court to review. Absent any objection, the Court finds good cause has been shown and it is **respectfully recommended** that the motion be **granted** and the matter be dismissed.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 4, 2012.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy