**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LAWRENCE RENARD TOBY,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:09-cv-1972-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____

# ORDER

This case is before the Court on the Unopposed Motion to Dismiss Complaint (Doc. No. 20) filed May 31, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.[1]

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.　　That the Report and Recommendation filed June 5, 2012 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.　　The Unopposed Motion to Dismiss Complaint (Doc. No. 20) is **GRANTED**.

---

[1] Also pending is an Unopposed Motion to Affirm the Commissioner's Decision (Doc. No. 18) and a Report and Recommendation ("R&R") as to that motion (Doc. No. 19). That R&R recommended denial of the Motion to Affirm pending clarification, which was provided by the instant motion. The Clerk of the Court is directed to terminate Doc. Nos. 18 and 19.

    3.    This case is **dismissed**.

    4.    The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 27th day of June, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record